FILED 12 MAR '24 16:32 USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:24-cr-00096-MO |
| v. | **INDICTMENT** |
| **AGUSTIN GARIBAY-GARIBAY,** | 8 U.S.C. § 1326 |
| Defendant. | |

### THE GRAND JURY CHARGES:

**COUNT 1**
(Illegal Reentry)
(8 U.S.C. § 1326)

On or about February 14, 2024, in the District of Oregon, defendant **AGUSTIN GARIBAY-GARIBAY**, an alien and citizen of Mexico, was found in the United States, having previously been denied admission, excluded, deported, and removed from the United States as an alien on August 6, 2004, defendant having knowingly and unlawfully re-entered, without the express consent of the Attorney General of the United States, or his successor, the Secretary for

///

///

**Indictment**                                                                                                **Page 1**

Homeland Security, to his reapplying for admission to the United States from a place outside the United States;

In violation of Title 8, United States Code, Section 1326.

Dated: March 12, 2024.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney